**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 92-CR-80236-DT

FELIX WALLS,

    Defendant.
                                                      /

**ORDER DENYING AS MOOT DEFENDANT'S
MOTION FOR STENOGRAPHIC NOTES**

After a jury trial in which Defendant Felix Walls represented himself, Defendant was convicted on both counts of a two-count indictment. Specifically, on May 22, 2003, Defendant was convicted of "Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine" under 21 U.S.C. § 846, and "Conspiracy to Launder Monetary Instruments," in violation of 18 U.S.C. § 371. Defendant has been sentenced to concurrent sentences of life imprisonment for Count 1 of the Third Superseding Indictment and sixty months imprisonment for Count 2. Defendant is currently pursuing his appeal, but has filed a document which the clerk's office has entitled "Motion for Stenographic Notes." For the reasons stated below, the court will deny the motion.

Defendant's "Motion for Stenographic Notes" is addressed to the Chief Judge of this district, but relates and specifically refers to the instant matter. In his motion, Defendant complains that certain portions of his transcript that he has requested from the court's reporter were incomplete. Defendant further asserts that he requested a complete transcript through various avenues but was unsuccessful. Defendant

specifically complains about pages 1382-83, 1389 and 1390-92. Through this motion, as well as various letters which have been filed on the docket (*See* Dkt. ## 638, 639, 641), Defendant asserts that these pages are needed and have been inappropriately denied. Defendant suggests a wide variety of remedies and sanctions for the alleged inappropriate denial, none of which the court is persuaded he is entitled to receive. The court has, however, inquired of the court reporter as to Defendant's assertions that his transcript was redacted. According to the court reporter, it does appear that portions of the transcript were indeed inadvertently omitted in the printing process. The court reporter indicates, however, that she realized the error on February 11, 2008 and immediately sent complete copies of pages 1378 through 1392 to Defendant, with no additional charge. Inasmuch as Defendant has obtained the fundamental relief that he originally sought,

IT IS ORDERED that Defendant's "Motion for Stenographic Notes" is DENIED AS MOOT.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: February 29, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 29, 2008, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522